

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

James E. Hughes                3557221

_____        _____

_____        _____

_____        _____

*(Enter above the full name of the plaintiff*        *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**                **CIVIL ACTION NO.** 3:20-cv-00307 _____
                          *(Number to be assigned by Court)*

Western Regional Jail

_____

_____

_____

*(Enter above the full name of the defendant*
*or defendants in this action)*

## **COMPLAINT**

**I.    Previous Lawsuits**

   A.    Have you begun other lawsuits in state or federal court dealing with the same
         facts involved in this action or otherwise relating to your imprisonment?

               Yes _____        No __X___

1

B.    If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.    Parties to this previous lawsuit:

        Plaintiffs: _____

                          _____

                          _____

        Defendants: _____

                          _____

                          _____

    2.    Court (if federal court, name the district; if state court, name the county);

        _____

_____

    3.    Docket Number: _____

    4.    Name of judge to whom case was assigned:

        _____

    5.    Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

        _____

_____

    6.    Approximate date of filing lawsuit: _____

    7.    Approximate date of disposition: _____

2

II.     **Place of Present Confinement:** _Western Regional Jail_

   A.     Is there a prisoner grievance procedure in this institution?

   Yes _X_          No _____

   B.     Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes _X_          No _____

   C.     If you answer is YES:

      1.   What steps did you take? _Filed grievance,_ _appealled to administrator_

      2.   What was the result? _Denied_

      _____

   D.     If your answer is NO, explain why not: _____

      _____

III.    **Parties**

   (In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A.     Name of Plaintiff: _James F. Hughes_

      Address: _One O'Hanlon Pl. Barboursville, WV 25504_

   B.     Additional Plaintiff(s) and Address(es): _____

      _____

      _____

      _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank.  Use item D for the names, positions, and places of employment of any additional defendants.)

C.   Defendant:   Western Regional Jail

is employed as:

at

D.   Additional defendants:

IV.   **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

I am Vegetarian but have been told for 7 month here that they don't do Veggy diets. I can no longer accamadate with commissary, so I have not eaten a complete meal for bout a couple months

4

IV.    **Statement of Claim (continued):**

_____

_____

_____

_____

_____

_____

_____

_____

_____

V.    **Relief**

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.
Cite no cases or statutes.

Reinburse My Spending account $1.00 dollars
for every meal served to me since Sept. 26,
2019 and place me on a vegetarian diet.
Plus pay the $350.00 filing fee and the
$50.00 Admistrative fee

_____

_____

_____

_____

**V.      Relief (continued)):**

_____

_____

_____

_____

_____

**VII.   Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        _____

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

                Yes _____        No _X_

        If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

        If not, state your reasons: _Lack of access_____

        _____

    C.    Have you previously had a lawyer representing you in a civil action in this court?

                Yes _____        No _X_

If so, state the lawyer's name and address:

_____

_____

Signed this ___28___ day of ___April_____, 20_20_.

_James E. Hughes_____

_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 28, 2020_____.
              (Date)

___James E. Hughes_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

CHARLESTON WV 250

29 APR 2020

USA FOREVER

James Hughes
Western Regional Jail
One O'Hanlon Pl.
Barboursville, WV 25504

This person is an inmate
at Western Regional Jail

Clerk, U.S. District Court
845 Fifth Ave. Room 101
Huntington, WV 25701

25701-203126