IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JAMES E. HUGHES,

        Plaintiff,

v.                                       CIVIL ACTION NO.   3:20-0307

WESTERN REGIONAL JAIL,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

      This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court grant the Western Regional Jail's motion to dismiss (ECF No. 8) and dismiss the Western Regional Jail, removing said Defendant from the style of the case. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

      Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **GRANTS** the Western Regional Jail's motion to dismiss (ECF No. 8) and **DISMISSES** the Western Regional Jail, removing said Defendant from the style of the case, consistent with the findings and recommendations.

      The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                        ENTER:     December 1, 2020

                                        ROBERT C. CHAMBERS
                                        UNITED STATES DISTRICT JUDGE