IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JAMES E. HUGHES,

        Plaintiff,

v.                         CIVIL ACTION NO.   3:20-0307

JOHN/JANE DOE,

        Defendant.

## MEMORANDUM OPINION AND ORDER

    This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the complaint be dismissed and that this action be removed from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

    Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS** that the complaint be dismissed and that this action be removed from the docket of the Court, consistent with the findings and recommendations.

    The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                      ENTER:     January 26, 2021

                      ROBERT C. CHAMBERS
                      UNITED STATES DISTRICT JUDGE